UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eco Water Systems LLC,            Civil No.: 06-3105 (DSD/JJG)

    Plaintiff,

**ORDER**

v.

KRIS, Inc.,

    Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated April 12, 2007; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation; **IT IS HEREBY ORDERED** that:

(1)     Plaintiff's Motion for Partial Judgment on the Pleadings (Doc. No. 9) is **DENIED WITHOUT PREJUDICE**; and

(2)     Defendant's Motion for Stay and Order Compelling Arbitration (Doc. No. 15) is **GRANTED**.

Dated: May 3, 2007

                                             s/David S. Doty
                                             David S. Doty
                                             United States District Judge